Teamsters, Chauffeurs, Warehousemen & Helpers of America, intervenor below.

No. 202. DiMICHELE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Lester J. Schaffer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 203. AYOTTE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Gerald M. Franklin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 208. LIPSITZ v. PEREZ, COMMANDING GENERAL, FORT JACKSON. C. A. 4th Cir. Certiorari denied. *Theodore W. Law, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 209. UNION PETROLEUM CORP. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Hugh Q. Buck* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 215. OVERNITE TRANSPORTATION CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for National Labor Relations Board, and *David Previant* and *Hugh J. Beins* for Chauffeurs, Teamsters & Helpers Local 171, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, respondents.

No. 217. SCHAFITZ v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. *Carl*